Stephen P. Kelly.
General Delivery,
U.S. Post Office,
Wolf Creek, MT 59648.

APR 26 2021
Clerk, U.S. Courts
District of Montana
Helena Division

To: Clerk, U.S. Dist. Court.
Dist. of Montana, Fed. Court.
901 Front Street., Ste. 2100.
Helena, MT 59626.

RE: Inquiry on case status, and possible address correction!

Dear Clerk,

I in fact as the plaintiff party obtain two consecutive cases at which I obtain sincere concerns about, both of which are; (a) Stephen P. Kelly, vs. The U.P.S. Store, and then, (b) Stephen P. Kelly, vs. Imagineif Library entity, et-al, concise case number on the Imagineif Library case is; CV 21-006-M-DLC-KLD, thus I am not certain as to the U.P.S. Store-defendant case!

#2.

NOTE. I hope that the court did in fact receive my former, "Notices of change of mailing address on both case, however, if not, then please now make clear note as to my current and correct mailing address; (Stephen P. Kelly, General Delivery, U.S. Post Office, Wolf Creek, MT 59648.

My sincere concerns exists as I have not heard anything as to any court order per U.S. Magistrate Judge - Kathleen DeSoto?

Does your office have my correct mailing address on file within your computer system?

Please note to me at this time in a civil docket sheet now soon mailed to me per your office as to the status of both cases inquired of?

#3.

Has the U.S. majistrate judge made any rulings as of yet?

If so, then please "promptly" mail to me those concise order's of the court!

Thank you so much.

I am, sincerely,
*Stephen P. Kelly*
Stephen P. Kelly.