UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| STEPHEN P. KELLY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 21-06-M-DLC |
| vs. | |
| IMAGINEIF LIBRARY ENTITY, et al., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants, and that this action is DISMISSED without prejudice.

Dated this 15th day of November, 2021.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk